IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JIMMY ASHLEY**                                              **PLAINTIFF**

v.                          No. 3:12-cv-288-DPM

**LIU-CHANG, LLC**                                           **DEFENDANT**

## JUDGMENT

Ashley's complaint is dismissed with prejudice pursuant to the parties' joint stipulation of dismissal, № 11.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 December 2013